# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-306-555**
Effective Date of Registration:
June 09, 2022
Registration Decision Date:
June 29, 2022

## Title

- **Title of Work:** The Black

## Completion/Publication

- **Year of Completion:** 2007
- **Date of 1st Publication:** January 16, 2007
- **Nation of 1st Publication:** United States

## Author

- **Author:** Laurie L Prindle
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Laurie L Prindle
  4517 W. County Road 4, Berthoud, CO, 80513, United States

## Rights and Permissions

- **Organization Name:** Tate Licensing
- **Name:** Joseph Tate
- **Email:** info@tatelicensing.com
- **Telephone:** (732)395-7696
- **Alt. Telephone:** (201)838-4630
- **Address:** 16 Christopher Dr
  Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-306-559**

**Effective Date of Registration:**
June 09, 2022
**Registration Decision Date:**
June 29, 2022



## Title

- **Title of Work:** The Sacred Ones (updated)

## Completion/Publication

- **Year of Completion:** 2009
- **Date of 1st Publication:** January 16, 2009
- **Nation of 1st Publication:** United States

## Author

- **Author:** Laurie L Prindle
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Laurie L Prindle
  4517 W. County Road 4, Berthoud, CO, 80513, United States

## Rights and Permissions

- **Organization Name:** Tate Licensing
- **Name:** Joseph Tate
- **Email:** info@tatelicensing.com
- **Telephone:** (732)395-7696
- **Alt. Telephone:** (201)838-4630
- **Address:** 16 Christopher Dr
  Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-306-557**

**Effective Date of Registration:**
June 09, 2022
**Registration Decision Date:**
June 29, 2022

## Title

Title of Work: War Pony

## Completion/Publication

Year of Completion: 2007
Date of 1st Publication: May 16, 2007
Nation of 1st Publication: United States

## Author

- Author: Laurie L Prindle
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Laurie L Prindle
4517 W. County Road 4, Berthoud, CO, 80513, United States

## Rights and Permissions

Organization Name: Tate Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Alt. Telephone: (201)838-4630
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-306-560**

**Effective Date of Registration:**
June 09, 2022
**Registration Decision Date:**
June 29, 2022

---

## Title

        **Title of Work:** Run to Freedom

## Completion/Publication

        **Year of Completion:** 2012
     **Date of 1st Publication:** April 04, 2012
     **Nation of 1st Publication:** United States

## Author

        • **Author:** Laurie L Prindle
        **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Laurie L Prindle
    4517 W. County Road 4, Berthoud, CO, 80513, United States

## Rights and Permissions

    **Organization Name:** Tate Licensing
              **Name:** Joseph Tate
              **Email:** info@tatelicensing.com
         **Telephone:** (732)395-7696
    **Alt. Telephone:** (201)838-4630
            **Address:** 16 Christopher Dr
                      Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-306-554**

**Effective Date of Registration:**
June 09, 2022
**Registration Decision Date:**
June 29, 2022



## Title

    **Title of Work:** Kiowa Gold

## Completion/Publication

    **Year of Completion:** 2007
    **Date of 1st Publication:** September 24, 2007
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Laurie L Prindle
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Laurie L Prindle
    4517 W. County Road 4, Berthoud, CO, 80513, United States

## Rights and Permissions

    **Organization Name:** Tate Licensing
    **Name:** Joseph Tate
    **Email:** info@tatelicensing.com
    **Telephone:** (732)395-7696
    **Alt. Telephone:** (201)838-4630
    **Address:** 16 Christopher Dr
    Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-306-552**

Effective Date of Registration:
June 09, 2022
Registration Decision Date:
June 29, 2022

## Title

- **Title of Work:** Spirit Warrior

## Completion/Publication

- **Year of Completion:** 2011
- **Date of 1st Publication:** June 29, 2011
- **Nation of 1st Publication:** United States

## Author

- **Author:** Laurie L Prindle
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Laurie L Prindle
  4517 W. County Road 4, Berthoud, CO, 80513, United States

## Rights and Permissions

- **Organization Name:** Tate Licensing
- **Name:** Joseph Tate
- **Email:** info@tatelicensing.com
- **Telephone:** (732)395-7696
- **Alt. Telephone:** (201)838-4630
- **Address:** 16 Christopher Dr
  Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-306-561**

**Effective Date of Registration:**
June 09, 2022

**Registration Decision Date:**
June 29, 2022



---

## Title

**Title of Work:** Shaman

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** July 14, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurie L Prindle
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laurie L Prindle
4517 W. County Road 4, Berthoud, CO, 80513, United States

## Rights and Permissions

**Organization Name:** Tate Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Alt. Telephone:** (201)838-4630
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

Page 1 of 2

